UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TYRONE GORDON                                                                                    PETITIONER

VS.                                                                         CIVIL ACTION NO 3:12cv887-DPJ-FKB

RONALD KING                                                                                      RESPONDENT

ORDER

This Petition for Writ of Habeas Corpus is before the Court on the unopposed Report and Recommendation [23] of Magistrate Judge F. Keith Ball.  Judge Ball recommended dismissing the petition with prejudice on November 25, 2015.  Petitioner filed no objection within the time allowed.  *See* 28 U.S.C. § 636; Fed. R. Civ. P. 72(b).  Having fully considered the premises, the Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons Judge Ball stated in his thorough recommendation.  In particular, the claims are either procedurally barred or lacking in merit.

IT IS, THEREFORE, ORDERED that the Court finds that the Report and Recommendation [23] of Magistrate Judge F. Keith Ball should be adopted as the opinion of the Court.  Petitioner Tyrone Gordon's Petition for Writ of Habeas Corpus [1] is hereby dismissed with prejudice.  A separate judgement will be entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 17th day of December, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE